CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

DANIEL PASTOR (CABN 297948)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    daniel.pastor@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 21-373-CRB-3 |
| Plaintiff, | **UNITED STATES' SENTENCING MEMORANDUM** |
| v. | Date: February 18, 2026 |
| MARQUESE BELTON, | Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Charles R. Breyer |

## I.    INTRODUCTION

Defendant Marquese Belton (age 33) pleaded guilty to Count Two of the Indictment in Case No. CR 21-373 (CRB), charging him with Attempting to Possess with Intent to Distribute Marijuana (PSR ¶ 2) for his role in the August 2017 burglary of a Richmond marijuana grow that led to the exchange of gunfire. During the exchange of gunfire, Belton was wounded in the thigh. PSR ¶ 14. A short time later, he fled the scene but was contacted by Oakland Police later that night at Highland Hospital where he sought medical attention. Belton and his co-defendants were indicted by a federal grand jury on September 21, 2021, for their involvement in the gunfire at the Richmond marijuana grow. PSR ¶ 1. The defendant's brother and co-defendant Donald Belton was arrested on August 29, 2022 (Dkt. 52); however, the defendant did not turn himself in and could not be located and arrested until a

Gov. Sentencing Memo.          1
CR 21-373-CRB-3

traffic stop by the California Highway Patrol in Fresno County on February 24, 2025.

## II.    SENTENCING GUIDELINES CALCULATIONS

As reflected in the parties' Plea Agreement and in the PSR, the Sentencing Guidelines calculations are shown below:

a. Base Offense Level, U.S.S.G. § 2D1.1(c)(12):                                    16
(At least 20 kilograms but less than 40 kilograms of marijuana)

b. Specific Offense Characteristics under U.S.S.G. Ch. 2:                      None

c. Acceptance of Responsibility:                                                       -3

d. Adjusted Offense Level:                                                                13

*See* PSR ¶¶ 20-29. The government agrees with the Probation Officer that Marquese Belton has a Criminal History Category of III.  PSR ¶¶ 37-39.  An Offense Level of 13 with Criminal History Category III yields an advisory guidelines range of 18 to 24 months.  PSR ¶ 61.

## III.    DISCUSSION

The Court must impose a sentence sufficient, but not greater than necessary, to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment; to afford adequate deterrence; to protect the public; and to rehabilitate the defendant.  18 U.S.C. § 3553(a)(2); *United States v. Carty*, 520 F.3d 984, 991 (9th Cir. 2008).  The Guidelines are "the starting point and the initial benchmark."  *Gall v. United States*, 552 U.S. 38, 49 (2007).  Section 3553(a) sets forth the factors that Congress has directed courts to consider in determining a sentence: (1) the nature and circumstances of the offense and the defendant's history and characteristics; (2) the purposes of sentencing; (3) the kinds of sentences available; (4) the Guidelines range for sentences; (5) any pertinent policy statements; (6) the need to avoid unwarranted sentencing disparities; and (7) the need to provide restitution to any victims.  18 U.S.C. § 3553(a); *Carty*, 520 F.3d at 991.

### A.    The Marijuana Grow Burglary and Gunfire in Richmond, California

Around midnight on August 1-2, 2017, Marquese Belton and his co-defendants Vernell Thrower and Joevonne Ralls broke into a marijuana grow warehouse in Richmond, California and stole marijuana plants.  PSR ¶ 13.  Surveillance video from the warehouse shows three men carrying pry bars attempt to

Gov. Sentencing Memo.                          2
CR 21-373-CRB-3

break into the pedestrian door. *Id.* After about 10 minutes, the men give up and move to a roll-up garage door. *Id.* Around 12:09 a.m., video shows a light appearing underneath the garage door. A block of wood is placed under the garage door and then a scissor-jack is used to push the garage door up further. Defendant Ralls slides underneath the garage door and opens the garage from the inside.

Around 12:34 a.m., surveillance video shows the three men cutting the locks on a security gate and a door inside the garage with long-handle bolt cutters. *Id.* Around 12:48 a.m., the three men enter a room in the warehouse filled with marijuana plants and grow lamps. *Id.* Surveillance footage shows them cutting marijuana plants and stuffing the plants into trash bags. *Id.* Around 1:18 a.m., defendants Thrower, Ralls, and Marquese Belton returned to the garage of the warehouse with black garbage bags filled with marijuana plants and began taking the bags outside. *Id.*

Around 1:20 a.m., surveillance video shows several flashes outside the garage before Marquese Belton and Ralls run back into the garage. *Id.* Ralls was hit in the ankle by a gunshot and appears to be limping as he runs back into the garage. *Id.* A few seconds later, surveillance video shows Vernell Thrower fire two shots toward the street with a handgun. *Id.*

In his Plea Agreement, Marquese Belton admitted that he knowingly took part in a plan to steal marijuana plants from a warehouse in Richmond, California along with associates. Dkt. 159. Belton further admitted that he helped to cut and collect over 200 marijuana plants inside the warehouse and stuffed them into garbage bags. *Id.* Belton further admitted that as he and his associates were moving bags of marijuana plants outside to a waiting vehicle, another vehicle pulled up on the street and began firing at them. *Id.* Belton and Ralls ran back into the Richmond warehouse. *Id.* Thrower then fired two shots from the garage toward the street where the initial gunfire had come. *Id.* During this incident, Belton admitted that he sustained gunshot wounds to his foot and upper thigh. Dkt. 153. Later that night, Belton went to Highland Hospital where he was contacted by Oakland Police around 2:00 A.M. *Id.* Belton claimed that he had been injured as a bystander during an unrelated shooting. *Id.*

On November 8, 2018, in a second charged incident, Belton broke into a San Francisco residence with some of the same co-defendants near California Street and 24th Avenue and stole marijuana plants. PSR ¶ 15.

Gov. Sentencing Memo.                                    3
CR 21-373-CRB-3

**B.     The 3353(a) Factors**

The nature and circumstances of this offense involve the armed burglary of a marijuana grow that led to a gunfight in which the defendant and a co-conspirator suffered gunshot wounds and in which multiple people—including the defendant—could have been seriously injured or killed, but fortunately, were not.

With respect to the defendant's personal characteristics, he is 33 years old and experienced a difficult childhood in which he was not raised by his parents.  PSR ¶ 46.  He did not finish high school and has little history of employment.  PSR ¶¶ 55-56. The defendant has three children including a child with his current partner.  PSR ¶¶ 48-49.  He reports no history of mental health or emotional problems. PSR ¶ 53.

**IV.     CONCLUSION**

In accordance with the plea agreement, and after considering the Presentence Report, the government respectfully recommends that the Court sentence the defendant to a guideline sentence of 18 months in prison, 3 years of supervised release, and a special assessment of $100.

DATED:  February 11, 2026                          Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

__/s/_____
DANIEL PASTOR
Assistant United States Attorney

Gov. Sentencing Memo.                          4
CR 21-373-CRB-3